

# 14-09-00292-CR

Christopher Ray Barten

vs.

The State of Texas

## ORDER

On this day, the Court on its own motion, requests that the mandate be recalled. Mandate was issued by the Clerk of this Court to Chris Daniel, District Clerk of Harris County, Texas in the above cause (being trial court number 1111900). This case was appealed from the 232nd District Court, Harris County on April 1, 2009. The same having been considered, it is ordered that the Clerk of the 14th Court of Appeals, at Houston, recall the above mentioned mandate from the District Clerk of Harris County, Texas.

Signed:  July 27, 2015

CHRISTOPHER PRINE, CLERK